# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Michele Marie Cassale, | Case No. 2:15-cv-10496 |
| *Plaintiff*, on behalf of all others similarly situated | |
| v. | District Judge Nancy G. Edmunds |
| Accretive Health, Inc. d/b/a Medical Financial Solutions, | Magistrate Judge Mona K. Majzoub |
| *Defendant*. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

THE PLAINTIFF, Michele Marie Cassale, by counsel, Roy, Shecter, & Vocht, P.C., hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to any party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 22, 2015

Respectfully Submitted,

*/s/ Michelle E. Vocht*
Michelle E. Vocht
ROY, SHECTER & VOCHT, P.C.
707 South Eton St.
Birmingham, MI 48009
Telephone: (248) 540-7660
vocht@rsmv.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Michelle E. Vocht*